UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80157-Cr-MARRA/HOPKINS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ULI OGIERMANN and
ROBERT VAN DE WEG,

      Defendants.

_____/

### ORDER APPROVING DEFENDANTS' NEBBIA PROFFER

THIS MATTER is before the Court upon the Defendants' Unopposed Motion to Approve Nebbia Proffer [DE 26].   Having reviewed the record and being otherwise duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED.  The Court finds that the source of the funds the Defendants will deposit into the Court's registry is satisfactory. However, the Court's finding is conditioned on the Defendants' representation that the loans they will receive from their employer will be secured and conditioned on strict compliance with the terms of the Court's bond order [DE 25].  The Defendants are directed to notify the Court and the government as soon as the loan agreements are finalized and the funds become available to them,

so that the Court can set a time for the Defendants' initial appearance

      DONE and ORDERED in Chambers at West Palm Beach, Florida, this 8th day of

February, 2011.

                                              _____

                                              KENNETH A. MARRA
                                              UNITED STATES DISTRICT JUDGE