IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-80157-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ULRICH OGIERMANN and
ROBERT VAN DE WEG

    Defendants.

_____/

## NOTICE OF APPEARANCE

NOW COMES the United States of America, by and through the United States Attorney for the Southern District of Florida, and gives notice to this Honorable Court of the undersigned United States Department of Justice Attorney as co-counsel for the Government in the above-referenced action.

This 15th day of February, 2011.

                Respectfully submitted,

                /s/ Richard A. Powers
                Richard A. Powers, Special Bar ID: A5501590
                E-mail: richard.powers@usdoj.gov
                Trial Attorney
                United States Department of Justice - Antitrust Division
                75 Spring Street, S.W., Suite 1176
                Richard B. Russell Federal Building
                Atlanta, GA 30303-3308
                Telephone: (404) 331-7100
                Facsimile: (404) 331-7110

CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing Government's Notice upon the counsel for the parties in this action by electronically filing the foregoing with the Clerk of court, using the CM/ECF system which will send notification of such filing to:

      This 15th day of February, 2011.

      /s/ Richard A. Powers
Richard A. Powers, Special Bar ID: A5501590
E-mail: richard.powers@usdoj.gov
Trial Attorney
United States Department of Justice - Antitrust Division
75 Spring Street, S.W., Suite 1176
Richard B. Russell Federal Building
Atlanta, GA 30303-3308
Telephone: (404) 331-7100
Facsimile: (404) 331-7110