# COURT MINUTES

**U.S. MAGISTRATE JUDGE JAMES M. HOPKINS**   DATE: 2/16/2011   TIME: 9:30 AM

DEFT: ULRICH OGIERMANN (SURR) ✓   CASE NO: 10-80157-Cr-Marra/Hopkins
AUSA: WILLIAM D. DILLON  *Mark Grundvig*   ATTY: DAVID MANDEL (RET.)  *Paul Shechtman*
AGENT:    VIOL: 15:1
PROCEEDING: INITIAL HEARING, ARRAIGNMENT & ~~BOND HEARING~~   BOND RECOMMENDATION:

BOND/PTD HEARING HELD - yes / no   LANGUAGE: ENGLISH
BOND SET @   PRISONER NO.

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ___
- ☐ Home Confinement/Electronic Monitoring/Curfew ___ paid by ___
- ☐ Other ___

Disposition: Deft present w/counsel / Deft. Advised of Charges / Arraignment Held

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested ✓

Bond set by District Court Judge Kenneth A. Marra

See Appearance Bond for Conditions

FILED by ___ D.C.
FEB 16 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

TAPE No. JMH 11-07   Begin: 474   TIME IN COURT: 5 mins
DAR: 9:38:36 / 9:45:15