UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80157-Cr-Marra/Hopkins

UNITED STATES OF AMERICA
    Plaintiff,

vs.

ULRICH OGIERMANN,
    Defendant.
_____/

FILED by _TM_ D.C.

FEB 16 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge <u>James M. Hopkins</u> on <u>February 16, 2011</u>, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and <u>retained</u> counsel of record will be <u>noticed for trial by the District Court Judge assigned to this case</u>. The following information is current as of this date:

**DEFENDANT:**
- Address: DEFT. ON BOND
- Prisoner #:
- Language: ENGLISH
- Telephone #: --------------

**DEFENSE COUNSEL:**
- Name: PAUL SHECHTMAN
- Address: 425 PARK AVENUE
  NEW YORK, NY 10022
- Telephone #: 212-223-0200

**DEFENSE COUNSEL:**
- Name: DAVID MANDEL
- Address: 1200 ALFRED I. DUPONT BUILDING
  169 EAST FLAGLER DRIVE, MIAMI, FL 33131
- Telephone #: 305-374-7771

BOND/PTD hrg held: YES____ NO____
BOND/PTD SET: **$300,000 Cash Bond (Set by Judge Marra)**
Dated this <u>16th</u> day of <u>February</u>, 2011.

STEVEN LARIMORE, CLERK OF COURT

BY: _/s/ Tanya McClendon_
Tanya McClendon, Deputy Clerk

c: Courtroom Deputy, District Judge
   United States Attorney
   Defense Counsel
   United States Pretrial Service