UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  10-80157-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs

ULRICH OGIERMANN,
ROBERT VAN DE WEG,

        Defendants.
_____/

## ORDER SETTING TRIAL AND CALENDAR CALL AND
## ORDER OF REFERRAL TO MAGISTRATE JUDGE

TAKE NOTICE that the above-entitled case has been set for Calendar Call **on April 8, 2011 at 9:00 a.m.**, before the Honorable Kenneth A. Marra, United States District Judge at U.S. District Court, 701 Clematis Street, Courtroom #4, West Palm Beach, Florida for the trial period commencing April 11, 2011.  At that time each case will be assigned a number for trial.  Counsel for defendant and for the Government shall attend the calendar call.  All pretrial motions are hereby referred to United States Magistrate Judge James M. Hopkins for a report and recommendation on all dispositive pretrial matters and appropriate resolution of all non-dispositive pretrial matters, with the exception of  motions which require an evidentiary hearing such as motions to suppress, in accordance with Title 28 U.S.C. §§ 636(b)(1)(A) and (B).

   Please refer to the Court's internet site for any CM/ECF questions www.flsd.uscourts.gov and follow the link under CM/ECF Administrative Procedures.  **PLEASE NOTE: All proposed orders and jury instructions shall be e-mailed in Word or Wordperfect format  to chambers at the following e-mail address marra@flsd.uscourts.gov.**

Proposed Jury Instructions and Voir Dire Questions must be submitted by calendar call.

Counsel are required to pre-mark all exhibits and provide the Court with an exhibit list.

Counsel are required to inform the Court when a defendant is in custody and when an

interpreter is needed prior to trial.

Absent an emergency or other good cause shown, any motion for continuance must be filed **seven (7)** calendar days prior to calendar call.

Please notify the Court immediately at 561-514-3765 of any resolution in this case.

DONE and ORDERED at West Palm Beach, Florida this 18th day of February, 2011.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:
All counsel