AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.
Ulrich Ogiermann and Robert Van De Weg,
Defendants.

Case No. 10-80157-CR-MARRA

FILED by _____ D.C.
I/ HOPKINS
FEB 2 3 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ULRICH OGIERMANN**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Restrain Trade, in violation of Title 15, United States Code, Section 1.

Date: 10/28/10

_____
Issuing officer's signature

City and state: Miami, Florida

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/28/2010, and the person was arrested on *(date)* 2/16/2011
at *(city and state)* West Palm Beach, FL.

Date: 2/16/2011

_____
Arresting officer's signature

DUSM Say
*Printed name and title*

FID# 1994435
Warrant # 1104-1108-0595-J