

FILED by PB D.C.
FEB 28 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA          CASE #  10-80157

VS

Ulrich Ostermann          PRISONER # 96377004

****************************************************

TO:  CLERK'S OFFICE, UNITED STATES DISTRICT COURT:    (CIRCLE ONE)

MIAMI     FT. LAUDERDALE     **WEST PALM BEACH**     FT. PIERCE

****************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: Surrender

2) LANGUAGE(S) SPOKEN: English, German, French

3) OFFENSE(S) CHARGED: Title 15 Section 1, Conspiracy in Restraint of Trade

4) U.S. CITIZEN     [ ] YES     [✓] NO     [ ] UNKNOWN

5) DATE OF BIRTH: 01/26/1959

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   [✓] INDICTMENT
   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: SD FL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES     [ ] NO

7) AMOUNT OF BOND: _____     WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: Davida K. Law     DATE: 2/16/2011

9) AGENCY: FBI                              PHONE: 404 392 2339