UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80157-CR-MARRA/HOPKINS
15 U.S.C. § 1

UNITED STATES OF AMERICA

      Plaintiff,

vs.

ULIRICH OGIERMANN and
ROBERT VAN DE WEG,

      Defendants.
_____/

## ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. SECTION 3371

On this date, the Court considered the Motion to Establish Procedure for Crime Victim Notification Pursuant to 18 U.S.C. Section 3771 filed by the United States Department of Justice, Antitrust Division.  Having considered the Motion and for good cause shown, the Court GRANTS the Motion and ORDERS that for any public court or parole proceeding involving the crime, or the release or escape of the accused in this case, the Antitrust Division may provide reasonable, accurate, and timely notice to crime victims through its web site, http://www.usdoj.gov/atr, rather than individual notices to the crime victims.

IT IS SO ORDERED.

DATED this 2nd day of March, 2011.

                                                                                  KENNETH A. MARRA
                                                                                 United States District Judge