UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80157-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ULRICH OGIERMANN,
ROBERT VAN DE WEG,

        Defendants.
_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. Section 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, Defendants' Motion for a Bill of Particulars [DE 55] in the above styled action is hereby referred to United States Magistrate Judge James M. Hopkins.

**DONE AND ORDERED** in Chambers at the United States District Courthouse, West Palm Beach, Florida, this 3rd day of March, 2011.

                              KENNETH A. MARRA
                              UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel