UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80157-Cr-MARRA/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ULI OGIERMANN and
ROBERT VAN DE WEG,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS'**
**MOTION TO EXTEND TIME FOR FILING MOTIONS**

THIS CAUSE is before the Court upon Defendants' Motion to Extend Time for Filing Pre-Trial Motions. Having reviewed the motion and being otherwise advised in the premises, it is hereby

ORDERED and ADJUDGED that the motion is GRANTED. Defendants shall have until June 6, 2011 in which to file motions.

DONE and ORDERED at West Palm Beach, Florida this 10th day of March, 2011.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:
All counsel