UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80157-Cr-MARRA/HOPKINS

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

ULI OGIERMANN and
ROBERT VAN DE WEG,

  Defendants.
_____/

## **DEFENDANTS' MOTION FOR STATUS CONFERENCE**

  Defendants Uli Ogiermann and Robert Van de Weg respectfully move for a status conference in the above-captioned matter. In support of their motion, the defendants state as follows:

  The defendants continue to review the voluminous discovery that the government has produced. The initial production contains approximately 636,000 documents. A second production, which was received in early May, contains approximately 330,000 documents. Together the two productions contain approximately 3.7 million pages. The documents have proven exceedingly difficult to search because of the lack of date coding. Moreover, a significant percentage are in foreign languages (German, French, and some Dutch) and must be translated. For that reason and others, defense counsel are concerned about their ability to be ready for an October 2011 trial.

  Under the circumstances, we request the opportunity to discuss the matter with the Court. We are available at the Court's convenience. The defendants are planning to be in

this country for trial preparation on June 22 and June 23. A court date during those days would be ideal, as it would reduce travel expenses.

Dated: June 6, 2011                    Respectfully submitted,

                                           MANDEL & MANDEL LLP
                                           1200 Alfred I. duPont Building
                                           169 East Flagler Street
                                           Miami, Florida 33131
                                           Telephone: 305.374.7771
                                           Facsimile:  305.374.7776
                                           dmandel@mandel-law.com

                         By:   /s/ David S. Mandel
                                           DAVID S. MANDEL
                                            Florida Bar No. 38040

                                           STILLMAN FRIEDMAN & SHECHTMAN, P.C.
                                           Paul Shechtman (*pro hac vice*)
                                           John Harris (*pro hac vice*)
                                           425 Park Avenue
                                           New York, New York 10022
                                           Telephone: 212.223.0200
                                           Facsimile:  212.223.1942
                                           pshechtman@stillmanfriedman.com
                                           jharris@stillmanfriedman.com

                                           *Attorneys for Defendant Uli Ogiermann*

                                           PROSKAUER ROSE LLP
                                           Robert J. Cleary (*pro hac vice*)
                                           William C. Komaroff (*pro hac vice*)
                                           Matthew Triggs
                                           Florida Bar No. 0865745
                                           2255 Glades Road, Suite 340 West
                                           Boca Raton, Florida 33431
                                           Telephone: 561.241.7400
                                           Facsimile:  561.241.7145
                                           rjcleary@proskauer.com
                                           wkomaroff@proskauer.com
                                           mtriggs@proskauer.com

                        By:   /s/ Robert J. Cleary

                                           *Attorneys for Defendant Robert Van de Weg*

3

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed by CM/ECF this 6th day of June 2011.

      /s/ David S. Mandel