# Exhibit C

Law Offices
# STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 Park Avenue
New York, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR
CAROLYN BARTH RENZIN

MARY MARGULIS-OHNUMA
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU
SARAH K. JACKEL

TELEPHONE
(212) 223-0200

FACSIMILE
(212) 223-1942

**FEDERAL EXPRESS**

May 3, 2011

William D. Dillon
Mark C. Grundvig
Trial Attorneys
U.S. Department of Justice, Antitrust Division
Richard B. Russell Building
75 Spring Street, S.W., Suite 1176
Atlanta, GA 30303

Re:   United States v. Uli Ogiermann, 10-80157-CR

Dear Messrs. Dillon and Grundvig:

I write to seek further notice concerning the Rule 404(b) evidence that the government seeks to introduce at trial.

1. In your March 15, 2011 letter, you wrote that "[t]he United States intends to offer evidence [under Rule 404(b)] that both defendants participated in conspiratorial discussions to fix base rates." What base rates were discussed? Where did the discussions take place and with whom? Did both defendants participate? Were any rates actually fixed or agreed to be fixed? If so, which ones? I note that your February 25, 2011 letter states that the evidence would show that "Mr. Van de Weg had discussions and agreements in an effort to increase base rates in 2005" and that "Mr. Ogiermann and his subordinates participated in discussions and agreements in an effort to increase base rates in 2000 and 2001." Am I correct in believing that the 2005 evidence does not involve Mr. Ogiermann? As to the 2000 and 2001 evidence, will the proof show that Mr. Ogiermann directed his subordinates to seek to fix base rates? If so, which of his subordinates?

2. Your February 25, 2011 letter indicates that "the United States expects to offer evidence [under Rule 404(b)] that Mr. Van de Weg (and perhaps Mr. Ogiermann) participated in a conspiracy to make payments to certain officials, which were in violation of the

LAW OFFICES
STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

... FCPA." Does your proposed proof involve Mr. Ogiermann? When were the corrupt payments made? To whom?

      3. To focus motion practice, could you articulate the theory under which the government intends to offer the evidence described above. Will the offer be made as proof of motive, opportunity, intent, preparation, plan, knowledge or absence of mistake, or on some other basis?

      I thank you in advance for your prompt response.

Sincerely,

*[signature]*

Paul Shechtman

PS:wr
cc:    Robert Cleary, Esq.
        David Mandel, Esq.
        William Komaroff, Esq.