# Exhibit D



**U.S. Department of Justice**

Antitrust Division

---

Please refer
to: 60-481112-0001

*Atlanta Field Office*

Richard B. Russell Building     404/331-7100
75 Spring Street, S.W., Suite 1176
Atlanta, Georgia 30303     FAX 404/331-7110

May 20, 2011

Via: Electronic Mail

Paul Shechtman
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, New York 10022

     Re:   <u>United States v. Ogiermann (10-80157-CR)</u>

Dear Mr. Shechtman:

    This letter is in response to your letter dated May 3, 2011, regarding the notice of other acts evidence under Rule 404(b) in this case. The notices that we provided in February and March adequately inform your client about the evidence we intend to offer in this case.

    I do note that you are incorrect in believing that the evidence of price-fixing discussions regarding base rates in 2005 does not involve Mr. Ogiermann. The evidence at trial will be that both defendants were focused on all important aspects of pricing after Mr. Van de Weg joined Cargolux in 2003. Your questions regarding the FCPA allegations are premature. As you know, Cargolux and the Fraud Section continue to work together on this ongoing investigation of corrupt payments by the company. It is our understanding that Cargolux has provided the Division with the same materials provided to the defendants. We are still in the process of reviewing this material and will provide additional notice of our intent to use it once we are able. To the extent that additional materials are provided to the Division, in relation to these allegations, we will provide it to you and your co-counsel.

    Please do not hesitate to contact me at the number above if you have any additional questions or concerns.

Sincerely,

William D. Dillon