UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80157-CR-MARRA

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

ULRICH OGIERMANN and
ROBERT VAN DE WEG,

                    Defendants.
_____/


## ORDER GRANTING MOTION FOR HEARING

THIS CAUSE is before the Court upon Defendant's Motion for Status Conference [DE 66]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. A status conference is hereby set for **Wednesday, June 22, 2011 at 10:00 a.m.** The parties may appear by telephone.[1]

DONE and ORDERED in West Palm Beach, Florida, this 9th day of June, 2011.


_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

        All counsel

_____

[1]Should the parties wish to appear by phone, please contact Chambers at 561-514-3765 *at least 24 hours* prior to the hearing.