UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80157-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ULI OGIERMANN and
ROBERT VAN DE WEG,

        Defendants.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon Defendant's Unopposed Motion for Extension of Time [DE 77]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. Defendants shall have until August 15, 2011 to respond to the portion of the government's motion [DE 65] relating to economic justification, lack of harm, and reasonableness.

DONE and ORDERED in West Palm Beach, Florida, this 26th day of July, 2011.

                               KENNETH A. MARRA
                               UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel