UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80157-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ULI OGIERMANN and
ROBERT VAN DE WEG,

        Defendants.
_____/

## ORDER DENYING MOTION TO MODIFY BOND

THIS CAUSE is before the Court upon Defendants' Motion for Modification of Bond Conditions and Request for Telephonic Status Conference [DE 81]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is DENIED. The Court granted Defendants pretrial release over the objection of the United States even though Defendants cannot be extradited from their native country. The Court imposed the condition that Defendants return to the United States 30 days prior to trial to assure their presence in this jurisdiction sufficiently in advance of the trial so that the United States would not have to incur the time and expense of preparing for trial and then have Defendants not return to this jurisdiction. Moreover, the trial was originally scheduled for October, before the holiday season, and was moved to

January at Defendants' request.

If Defendants still believe a status conference is warranted, the Court is willing to conduct one by telephone. The Court does not believe travel to Florida by the attorneys of record is necessary to hold a status conference.

DONE and ORDERED in West Palm Beach, Florida, this 18th day of October, 2011.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

All counsel