UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80157-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

ULRICH OGIERMANN,
ROBERT VAN DE WEG,

    Defendants.
_____/

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

It is hereby **ORDERED AND ADJUDGED** that the above-styled cause is set for a telephonic status conference on **Thursday, November 3, 2011 at 1:00 p.m.** before the Honorable Kenneth A. Marra, United States District Judge, in Courtroom 4 (3rd floor) at the Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.  The parties shall call in at the appointed time to conference call number **1-888-684-8852**, use access code **750-4256** and enter security code **3765.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 31st day of October, 2011.

_____
KENNETH A. MARRA
United States District Judge

copies to:
All counsel of record