# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### HONORABLE KENNETH A. MARRA

---

**CASE NO:** 10-80157-CR   **DATE:** 11-3-11

**CLERK** Irene Ferrante   **REPORTER** Stephen Franklin

**UNITED STATES OF AMERICA vs** Ogiermann + Van De Weg

**AUSA** Mark Grundvig   **DEFENSE CSL** Charles Stillman
**USPO** William Dillon   **INTERPRETER** David Mandel
Paul Schectman
Robert Cleary
William Komaroff

**TYPE OF HEARING** Telephone Conf.

**RESULT OF HEARING:** Scheduling conflict resolved. Court reserves ruling on pending motion (DE 86) depo of Matthew MA.