UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80157-CR-MARRA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ULI OGIERMANN,
ROBERT VAN DE WEG,

                Defendant.
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REDACTION

THIS CAUSE is before the Court upon Defendants' Unopposed Motion for Redaction of Exhibit A [DE 87]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. Access to the Exhibit filed in DE 86 has been restricted by the Clerk.

DONE and ORDERED in West Palm Beach, Florida, this 3rd day of November, 2011.

                                              KENNETH A. MARRA
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:

        All counsel