UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80157-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ULRICH OGIERMANN,
ROBERT VAN DE WEG,

        Defendants.
_____/

## ORDER GRANTING MOTION TO TAKE FOREIGN DEPOSITION

THIS CAUSE is before the Court upon Defendant's Motion for an Order Authorizing the Foreign Deposition of Matthew Ma [DE 86]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

The Court finds that Defendants have demonstrated that the witness, Matthew Ma, will be unavailable to testify at the trial of this case. Defendants have also demonstrated, by the proffer of their counsel, that Mr. Ma's testimony is material to the defense. Based upon the proffer made by Defendants, it appears that Mr. Ma will be able to provide exculpatory statements favorable to Defendants which, if believed, may refute the theory of the government's case. Thus, the Court finds that the absence of Mr. Ma's testimony will result in an injustice to Defendants. Lastly, the Court finds that the taking of Mr. Ma's deposition will not result in an injustice to the United States. Therefore, Defendants' motion to take the deposition of Matthew

Ma is GRANTED.

DONE and ORDERED in West Palm Beach, Florida, this 23rd day of November, 2011.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

All counsel