UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80157-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

ULRICH OGIERMANN,
ROBERT VAN DE WEG,

    Defendants.
_____/

## ORDER SETTING PRETRIAL CONFERENCE

It is hereby **ORDERED AND ADJUDGED** that the above-styled cause is set for a Pretrial Conference on **Thursday, January 5, 2012 at 3:00 p.m.** before the Honorable Kenneth A. Marra, United States District Judge, in Courtroom 4 (3rd floor) at the Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 28th day of November, 2011.

_____
KENNETH A. MARRA
United States District Judge

copies to:
All counsel of record