UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80157-CR-MARRA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ULRICH OGIERMANN,
ROBERT VAN DE WEG,

       Defendants.
_____/

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the **Change of Plea** in this case is hereby set for **Thursday, December 8, 2011** at **4:00 p.m.** before the Honorable Kenneth A. Marra, United States District Judge, at 701 Clematis Street, Courtroom #4, West Palm Beach, Florida.

Dated this  29th  day of November, 2011.

       **KENNETH A. MARRA**
       **UNITED STATES DISTRICT JUDGE**


       s/Irene Ferrante
       **By: COURTROOM DEPUTY**

cc:    All counsel