UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO: __10-80157-CR__

Plaintiff

vs.

__Ulrich OGiermann__,

## SENTENCING MINUTES

DATE: __3/9/12__   Court Reporter: __Stephen Franklin__
AUSA __Mark Grundvig__   Defense Counsel: __David Mandel__
Deputy Clerk: __Irene Ferrante__

## JUDGMENT AND SENTENCE

Imprisonment __13__ MONTHS as to COUNTS __One__

Probation _____ YEARS as to COUNTS _____

**Supervised Release**   YEARS as to Counts _____

___ Association restriction   ___ Employment Requirement   ___ Permissible Search   ___ Deportation
___ Mental Health Treatment   ___ Substance abuse treatment   ___ Financial disclosure   ___ No debt
___ No self-employment   ___ Related concern restriction   ___ Sex offender conditions

Assessment $__100.00__  Fine $__20,000__  Restitution: __w/in 15 days of entry of judgment__

___ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
___ Remanded to U.S. Marshal
✓ Voluntary Surrender on or before __4-27-12 by 2:00pm__
Recommendation to the Bureau of Prisons __FCI-Schuylkill, PA__

Time in court: __:10__