UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:10-80157-CR-MARRA-1

UNITED STATES OF AMERICA
    Plaintiff,

vs

ULRICH OGIERMANN   /
    Defendant

## MOTION FOR DISBURSEMENT OF BOND

Comes now the undersigned and respectfully states to this Honorable Court that the above named defendant has complied with all conditions of the appearance bond in this case, and it is therefore requested that the defendant's cash bail heretofore posted by ULRICH OGIERMANN in the amount of $ 300,000 plus any accrued interest be refunded to:

ULRICH OGIERMANN
(Name of Payee. Do NOT include a Mailing address. A notarized assignment is requested if the payee is different from the person posting bond.)

(The above payee must complete an Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must complete a Form W-8, either of which may be obtained from the Clerk's Office Financial section or internet. The completed form should be provided to the Financial Section, but not filed in the Court file. Checks will be mailed to the address indicated on the completed form, unless directed in writing otherwise.)

_____
(Petitioner or Attorney)
for Ulrich Ogiermann

Consented to by:

_____, Assistant U.S. Attorney

## ORDER

In consideration of the forgoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at WEST PALM BEACH, Florida, this 1st day of MAY, 2012.

_____
UNITED STATES DISTRICT JUDGE

c:    U.S. Attorney
    Petitioner/Counsel of Record
    Financial Deputy Clerk (w/original W-8 or W-9)