UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80157-CR-MARRA/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ULI OGIERMANN,

    Defendant.
_____/

## ASSIGNMENT OF BOND

Mandel & Mandel LLP hereby assigns any and all it's rights to the appearance bond in this case to Uli Ogiermann, in the amount of $300,000.00 plus any accrued interest.

Dated: May 4, 2012                Respectfully submitted,

                                        MANDEL & MANDEL LLP
                                        1200 Alfred I. duPont Building
                                        169 East Flagler Street
                                        Miami, Florida 33131
                                        Telephone: 305.374.7771
                                        Facsimile: 305.374.7776
                                        dmandel@mandel-law.com

                         By:    /s/ David S. Mandel
                                          DAVID S. MANDEL
                                            Florida Bar No. 38040

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed by CM/ECF this 4th day of May, 2012.

/s/ David S. Mandel