UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80157-CR-MARRA/HOPKINS


UNITED STATES OF AMERICA,

      Plaintiff,

vs.


ULI OGIERMANN and
ROBERT VAN DE WEG,

      Defendants.

_____/


**AMENDED ASSIGNMENT OF BOND**

Mandel & Mandel LLP hereby assigns any and all of it's rights to the appearance bond in

this case to Uli Ogiermann, in the amount of $300,000.00 plus any accrued interest.


Dated: May 7, 2012               Respectfully submitted,

                                    MANDEL & MANDEL LLP
                                    1200 Alfred I. duPont Building
                                    169 East Flagler Street
                                    Miami, Florida 33131
                                    Telephone: 305.374.7771
                                      Facsimile: 305.374.7776
                                    dmandel@mandel-law.com

By:   _____
                                      DAVID S. MANDEL
                                      Florida Bar No. 38040

**FURTHER AFFIANT SAYETH NAUGHT.**

David S. Mandel

STATE OF FLORIDA            )
COUNTY OF Miami-Dade        )

The foregoing instrument was acknowledged before me this 7th day of May, 2012, by David S. Mandel, who is personally known to me.

(SEAL)

Notary Public State of Florida
S Cavanagh
My Commission DD963209
Expires 03/07/2014

Notary Public-State of Florida