UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80157-CR-MARRA/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ULRICH OGIERMANN,

    Defendant.
_____/

## SECOND AMENDED ASSIGNMENT OF BOND

Mandel & Mandel LLP hereby assigns any and all of it's rights to the appearance bond in this case to Ulrich Ogiermann, in the amount of $300,000.00 plus any accrued interest.

Dated: May 15, 2012

Respectfully submitted,

MANDEL & MANDEL LLP
1200 Alfred I. duPont Building
169 East Flagler Street
Miami, Florida 33131
Telephone: 305.374.7771
Facsimile: 305.374.7776
dmandel@mandel-law.com

By: _____
DAVID S. MANDEL
Florida Bar No. 38040

The foregoing instrument was acknowledged before me this 15th day of May, 2012, by David S. Mandel, who is personally known to me.

(SEAL) 

*Signature*

Notary Public-State of Florida